IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID L. JEMISON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | )   CIVIL ACTION 11-0378-CG-C |
| | ) |
| WARDEN WHITE, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, no costs to be taxed.

**DONE and ORDERED** this 5th day of December, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE